IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

BRENDA BARNEY           *

    Plaintiff           *

v.           *

DEPT. OF PUBLIC SAFETY ET AL
                    *           Civil Action No.
                                        JFM-02-3330

    Defendants           *

                    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER EXTENDING TIME TO FILE RESPONSE

As stipulated by the parties, the plaintiff's response to defendant's motion for summary judgment/dismissal shall be filed on or before December 15, 2002.

_____
Judge

