IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

BRENDA BARNEY     *

    Plaintiff     *

v.     *

DEPT. OF PUBLIC SAFETY ET AL
    *     Civil Action No.
            JFM-02-3330
    Defendants     *

    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**FILED** *[stamp]* U.S. DISTRICT COURT, DISTRICT OF MARYLAND, 2002 DEC 16 A 9:15, CLERK'S OFFICE AT BALTIMORE, BY _____ DEPUTY

## ORDER EXTENDING TIME TO FILE RESPONSE

As stipulated by the parties, the plaintiff's response to defendant's motion for summary judgment/dismissal shall be filed on or before December 23, 2002.

_____
Judge