IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

BRENDA BARNEY                    *

    Plaintiff                        *

v.                               *

DEPT. OF PUBLIC SAFETY ET AL
                                *     Civil Action No.
                                    JFM-02-3330
    Defendants                       *

                                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER EXTENDING TIME TO FILE RESPONSE

    As stipulated by the parties, the plaintiff's response to defendant's motion for summary judgment/dismissal shall be filed on or before December 24, 2002.

_____
Judge