IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRENDA BARNEY | * | |
| | * | |
| v. | * | Civil No. JFM-02-3330 |
| | * | |
| DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, ET AL. | * * * | |

\*\*\*\*\*

## ORDER

For the reasons stated in the accompanying memorandum to counsel, it is, this 14th day of January 2003

ORDERED that defendants' motion to dismiss or for summary judgment is denied, without prejudice to being renewed as a motion for summary judgment at the conclusion of discovery.

_____
J. Frederick Motz
United States District Judge