IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

BRENDA BARNEY                           *

    Plaintiff                           *

v.                                      *

DEPT. OF PUBLIC SAFETY ET AL
                                          *    Civil Action No.
                                             JFM-02-3330

    Defendants                          *

                                          *

*    *    *    *    *    *    *    *    *    *    *    *    *

**STATUS REPORT**

    Pursuant to the Court's order, the parties are pleased to report that they have reached an agreement in principle, which they expect to be performed within the next 30 days, at which time they will file a notice of dismissal.

                                                    _____
                                                    Darren Margolis # 023806
                                                    Bierer & Margolis, P.A.
                                                      926 St. Paul Street
                                                      Baltimore, MD 21202
                                                      (410) 539-5855
                                                      Attorneys for Plaintiff

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on 8/11/03, a copy of this report was sent via electronic mail to defense counsel: Glenn Marrow, Dept. of Public Safety, 6776 Reisterstown Road, Suite 313, Baltimore, MD 21215.

                                                    _____
                                                    Darren Margolis