IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| BRENDA BARNEY | * | |
| Plaintiff | * | |
| v. | * | |
| DEPT. OF PUBLIC SAFETY ET AL | * | Civil Action No. JFM-02-3330 |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT MOTION TO EXTEND TIME TO RE-OPEN CASE

On August 19, 2003, the Court, in response to the parties' information that the case had been settled, dismissed the case without prejudice. The Court further ordered that the right to re-open would extend for 30 days before the dismissal became final. At that time, the parties believed that they would be able to implement the settlement agreement (i.e., transfer of the plaintiff from one institution to another). When it became apparent that the defendant would not be able to accomplish this before the expiration of the 30 days, the parties sought and obtained an order for a 30 day extension. However, the defendant has still not fulfilled its promise. Accordingly, the parties mutually request that the right to re-open be deferred for an additional 30 days to allow the defendant additional time to implement the settlement.

/s/_____
Darren Margolis # 023806
Bierer & Margolis, P.A.
926 St. Paul Street
Baltimore, MD 21202
(410) 539-5855
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 10/15/03, a copy of this motion was sent via e-mail to defense counsel: Glenn Marrow, Dept. of Public Safety, 6776 Reisterstown Road, Suite 313, Baltimore, MD 21215.

_____
Darren Margolis

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

BRENDA BARNEY                                *

    Plaintiff                              *

v.                                           *

DEPT. OF PUBLIC SAFETY ET AL
                                                         *   Civil Action No.
                                                              JFM-02-3330

    Defendants                            *

                                                              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER EXTENDING TIME TO RE-OPEN CASE**

    As the parties need additional time to complete the settlement agreement, it is this ___ day of September 2003, ORDERED that the right to re-open the case shall now extend to November 20, 2003.

_____
Judge